IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC WASHINGTON, JR. | Criminal Action No.<br><br>1:19-CR-145-WMR |

## FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Eric Washington, Jr.  The Court entered the Consent Preliminary Order of Forfeiture on April 8, 2021 [Doc. 90], forfeiting the following property to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

  a. Glock, model 22, .40 caliber pistol, serial no. MNY946;

  b. Fifteen rounds of assorted .40 caliber ammunition.

The United States published notice of the forfeiture action on the official government internet site *forfeiture.gov* for at least thirty consecutive days.  The United States also sent notice of the forfeiture action to Bradford Conley.  No one has filed a claim to the assets and the deadline for doing so has expired.

This Court having found that the Defendant has an interest in the property subject to forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and

that no one filed a petition claiming an interest in the assets, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following assets is hereby entered pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

    a. Glock, model 22, .40 caliber pistol, serial no. MNY946;

    b. Fifteen rounds of assorted .40 caliber ammunition.

2. All right, title and interest in the above assets is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS 10th day of August, 2021.

*/signature/*

WILLIAM M. RAY II
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Cynthia B. Smith
Cynthia B. Smith
Assistant United States Attorney